UNITED STATES COURT OF APPEALS FOR THE
SEVENTH CIRCUIT

| | |
|---|---|
| ASYMADESIGN, LLC and GEORGE ASIMAH, <br> Plaintiffs-Appellants, <br><br> v. <br><br> CBL & ASSOCIATES MANAGEMENT, INC., <br> Defendant-Appellee. | ) ) ) ) ) ) ) No.: 23-2495 ) ) ) ) ) |

TO: Sarah K. Quinn
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Sarah.Quinn@huschblackwell.com

### NOTICE OF FILING

Please take notice that on April 4, 2024 I caused to be filed the attached, motion for extension of time to file reply brief via PACER electronically.

### CERTIFICATE OF SERVICE

I, Jason R. Epstein, an attorney, hereby certify, that I served the attached, appearance and motion for extension of time via the electronic filing system PACER.

/s/ *Jason R. Epstein*

Jason R. Epstein

The Law Office of Jason R. Epstein
77 W. Wacker Ste. 4500
Chicago, IL 60601
(312) 869-2603
Krime@KriminalDefense.com