# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 3, 2024

*Before*
FRANK H. EASTERBROOK, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 23-2495 | ASYMADESIGN, LLC,<br>    Plaintiff - Appellant<br><br>v.<br><br>CBL & ASSOCIATES MANAGEMENT, INC.,<br>    Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 3:21-cv-50374<br>Northern District of Illinois, Western Division<br>District Judge Iain D. Johnston ||

The appeal is DISMISSED, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)